# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Eddricco L. Brown-Bey**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00027-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| The State of North Carolina, et al**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2022 Order.

March 28, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court